```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :
:
:        1:20-cr-497-GHW
:
-v -                        :        ORDER
:
IVO BECHTIGER, et al.,      :
:
:
Defendants.                 :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 1, 2022, a modification of Federal Rule of Criminal Procedure 16 went into effect. *See* Fed. R. Crim. P. 16. Under the updated rule, the Court "must set a time" by which each side "must disclose" expert testimony to the other consistent with Rule 16's requirements. *See* Fed R. Crim. P. 16(a)(1)(G), Fed R. Crim. P. 16(b)(1)(C). Accordingly, the parties are hereby ordered to meet and confer regarding an appropriate schedule for disclosure of materials related to expert testimony, and to provide a proposed schedule to the Court no later than December 12, 2022.

SO ORDERED.

Dated: December 3, 2022
    New York, New York

_____
GREGORY H. WOODS
United States District Judge