USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
      :
UNITED STATES OF AMERICA,    :
      :
      -v -    :    1:20-cr-497-GHW-6
      :
IVO BECHTIGER, *et al.*,    :    <u>ORDER</u>
      :
           Defendants.  :
      :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This order schedules a hearing for **March 30, 2023 at 12:30 p.m.**  The hearing will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      In addition, the deadlines for pretrial materials set in the Court's March 14, 2023 order, *see* Dkt. No. 78, are suspended.

      SO ORDERED.

Dated: March 23, 2023
      New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge